UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REGIONS BANK, etc.,

    Plaintiff,

v.                          CASE NO.  8:09-CV-1841-T-17MAP

LARRY S. HYMAN, etc.,
et al.,

    Defendants.

_____/

CHARGING ORDER

    The Court has granted Plaintiff's Motion for Charging Order in favor of Plaintiff Regions Bank against the interest of the Judgment Debtor, Bing Charles W. Kearney, Jr. on Partnership Interests. (Dkt. 471).

    A Charging Order is hereby entered in favor of Plaintiff Regions Bank, an Alabama state chartered bank, as successor in interest to AmSouth Bank, and against the interest of Judgment Debtor, Bing Charles W. Kearney, Jr., in the partnerships BK Family Investment Partnership I, BK Family Investment Partnership II, and CWK Family Partnership, Ltd. in the amount set forth in the Final Judgment against Bing Charles W. Kearney, Jr. dated September 28, 2012; a copy of the Final Judgment is attached as Exhibit A.

CASE No. 8:09-CV-1841-T-17MAP

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 10th day of March, 2015.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record