UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REGIONS BANK, etc.,

    Plaintiff,

v.                                     CASE NO. 8:09-CV-1841-T-17MAP

LARRY S. HYMAN, etc.,
et al.,

    Defendants.

_____/

ORDER

This cause is before the Court on:

Dkt. 508    Motion to Foreclose Charging Liens On
                  Partnership Interests and for Appointment
                  of Receiver

Dkt. 510    Response

Plaintiff Regions Bank seeks to foreclose its charging lien interest in BK Family Investment Partnership I, Ltd., BK Family Investment Partnership II, Ltd. and CWK Family Partnership, Ltd. and further seeks the appointment of a receiver, pursuant to Sec. 620.8504, Fla. Stat.

Defendant Kearney opposes Plaintiff's Motion. Defendant Kearney argues that since the partnerships at issue are limited partnerships, the remedies sought are not available to Plaintiff Regions Bank. See Sec. 620.1703(3), Fla. Stat.

After consideration, the Court denies Plaintiff's Motion to Foreclose Charging Liens On Partnership Interests And For Appointment of Receiver. Since the partnerships are limited partnerships, Sec. 620.1703, Fla. Stat., is controlling, and the

Case No. 8:09-CV-1841-T-17MAP

remedies sought are not available. Accordingly, it is

**ORDERED** that Plaintiff's Motion to Foreclosing Charging Liens On Partnership Interests And For Appointment of Receiver (Dkt. 508) is **denied**.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 27th day of April, 2015.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record