UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REGIONS BANK, etc.,

    Plaintiff,

v.                                    CASE NO. 8:09-CV-1841-T-17MAP

LARRY S. HYMAN, etc.,
et al.,

    Defendants.

_____/

ORDER

This cause is before the Court on:

Dkt. 484    USAmeribank's Answer to Re-Served Writ of Garnishment and Request For Fees Deposited With the Court

After consideration, the Court grants Garnishee USAmeribank's request for an Order directing the Clerk of Court to pay the $100.00 statutory deposit. See Sec. 77.28, Florida Statutes. Accordingly, it is

**ORDERED** that the Clerk of Court shall pay the $100.00 statutory deposit to counsel for USAmeribank, Shumaker, Loop & Kendrick, LLP.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 4th day of May, 2015.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record