UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REGIONS BANK, etc.,

      Plaintiff,

v.                                      CASE NO. 8:09-CV-1841-T-17MAP

LARRY S. HYMAN, etc.,
et al.,

      Defendants.

_____/

ORDER

This cause is before the Court on:

Dkt. 545    Joint Motion to Substitute Party Plaintiff and Amend Case Caption

Plaintiff Regions Bank (Assignor) and FTBB, LLC (Assignee) move the Court for entry of an order substituting the Assignee as the plaintiff in this action, and amending the case caption, pursuant to Fed. R. Civ. P. 25(c). The Joint Motion To Substitute Party Plaintiff is not opposed by any party to this action.

FTBB, LLC purchased the Collection Judgment from Regions Bank; as part of the purchase, Regions Bank assigned all of its rights and interests in the Collection Judgment to FTBB, LLC (Dkt. 545-1). The Assignment of Judgment was executed by Regions Bank on April 23, 2015, and accepted by FTBB, LLC on April 22, 2015. Michael Tufano, Sr. Vice President, Regions Bank, executed the Assignment of Judgment on behalf of Regions Bank. Clayton Kearney, Manager of Moose Investments of Tampa, LLC, executed FTBB, LLC's acceptance of the Assignment of Judgment. The Assignment includes all of Assignor's right, title and interest in Case No. 8:09-CV-1841-T-17MAP and Case No. 8:13-CV-2767-T-26TBM, and any and all ancillary judgments entered in those proceedings.

Case No. 8:09-CV-1841-T-17MAP

After consideration, the Joint Motion to Substitute Party Plaintiff, FTBB, LLC, is granted. The real party in interest is FTBB, LLC. The Assignor, Regions Bank, and its counsel, Anthony & Partners, LLC, shall have no further claim or responsibility in this matter. Accordingly, it is

**ORDERED** that the Joint Motion to Substitute Party Plaintiff and Amend Case Caption (Dkt. 545) is **granted**. FTBB, LLC, a Delaware limited liability company, is substituted as the party Plaintiff for all further proceedings. The Clerk of Court shall amend the caption of this case, removing Regions Bank as Plaintiff and adding FTBB, LLC as Plaintiff.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 5th day of May, 2015.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record