UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FTBB, LLC,

       Plaintiff,

v.                                  CASE NO.  8:09-CV-1841-T-17MAP

LARRY S. HYMAN, etc., et al.,

       Defendants.

_____/

USAMERIBANK,

       Garnishee.

_____/

ORDER

This cause is before the Court on:

| | |
|---|---|
| Dkt. 476 | Order Rejecting Report and Recommendation |
| Dkt. 479 | Order Denying Without Prejudice Motion for Final Judgment in Garnishment (Dkt. 379) |
| Dkt. 480 | Notice |
| Dkt. 481 | Certificate of Service |
| Dkt. 484 | Answer to Re-Served Writ of Garnishment   (USAmeribank) |
| Dkt. 489 | Certificate of Service |
| Dkt. 490 | Motion for Summary Judgment in Garnishment |
| Dkt. 492 | Notice to Defendants of Answer of Garnishee |
| Dkt. 494 | Motion for Claim of Exemption (Bing Charles W. Kearney, Jr.) |
| Dkt. 502 | Notice |
| Dkt. 504 | Response |
| Dkt. 516 | Motion to Dissolve Re-Served Writ of Garnishment (Charles W. Kearney, III and Clayton Kearney) |
| Dkt. 538 | Stipulation to Grant Motion for Final Summary Judgment In Garnishment |
| Dkt. 555 | Amended Motion to Recover Costs and Expenses (USAmeribank) |
| Dkt. 561 | Motion for Final Judgment in Garnishment |

Case No. 8:09-CV-1841-T-17MAP

Dkt. 538    Stipulation to Grant Regions Banks' Motion for Final Judgment in
Garnishment as to USAmeribank Garnished Funds

The above Stipulation was filed on May 1, 2015 by Plaintiff Regions Bank,
reflecting a Stipulation between Plaintiff Regions Bank, as successor in interest to
AmSouth Bank, Bing Charles W. Kearney Jr., Tonya Nuhfer Kearney, Charles W.
Kearney, III a/k/a Chase Kearney, Clayton Kearney and Bryan Kearney, for an Order
granting Plaintiff's Motion for Final Judgment in Garnishment (Dkt. 490). The Parties
request that the Court grant the Motion for Final Judgment in Garnishment as to all
relief sought, and enter a final judgment in garnishment with respect to the
USAmeribank Funds and the USAmeribank Garnished Accounts. The Stipulation is
signed by Bing Charles W. Kearney, Jr., Tonya Nuhfer Kearney, Charles W. Kearney,
III, Clayton Kearney and Bryan Kearney. Counsel for Regions Bank, John A. Anthony,
Esq., and counsel for Bing Charles W. Kearney, Michael C. Addison, Esq. and Jesse
Ray, Esq. also signed the Stipulation. In the Motion for Final Summary Judgment in
Garnishment, Regions Bank requests entry of summary judgment in favor of Regions
Bank as to Accounts 056, 3695, 0129, 020, 302, and 939 ($700,022.29), and entry of a
final judgment in garnishment with respect to the USAmeribank Funds and the
USAmeribank Garnished Accounts. Regions Bank further requests that the Court
reserve jurisdiction to grant actual and reasonable attorney's fees and costs in favor of
each of the Garnishees in a manner consistent with Sec. 77.28, Florida Statutes, and
the Court reserve jurisdiction to grant actual and reasonable attorney's fees and costs
in favor of Plaintiff Regions Bank in a manner consistent with case law cited in the
Motion. Plaintiff Regions seeks the award of attorney's fees and costs pursuant to Sec.
57.105(7), Florida Statutes, because the Guaranty Agreement allows for broad recovery
of fees and costs for collection efforts. The Affidavits in support of the award of
attorney's fees and costs indicate that Plaintiff Regions incurred $109,442.40 in
attorney's fees and $28,524.26 in costs ($137,966.66) associated with enforcement of
the writs of garnishment served on USAmeribank, as of February 28, 2015 (Dkt 502, p.
8).

Case No. 8:09-CV-1841-T-17MAP

The Stipulation was administratively terminated on May 1, 2015 and was not refiled.  The Stipulation was terminated for noncompliance with CMECF procedures. The Court will direct that the Clerk of Court reopen the Stipulation (Dkt. 538).

By the filing of the above Stipulation, the Court understands that the pending challenges to the writs of garnishment as to the USAmeribank accounts have been withdrawn (Dkt. 494, Bing Charles W. Kearney, Jr., and Dkt. 516, Charles W. Kearney, III and Clayton Kearney).  The Court previously granted a Motion to Dissolve as to four USAmeribank accounts (Dkt. 557).  The Court therefore denies the Motion for Claim of Exemption (Dkt. 494) and Motion to Dissolve Re-Served Writ of Garnishment (Dkt. 516) as moot.

The Stipulation does not resolve any challenge that there may be to the award of attorney's fees and costs in the amount of $137,966.66.  After consideration, the Court directs that **all objections** to the request for the award of attorney's fees in the amount of $137,966.66 **shall be filed within fourteen days**

Dkt. 561      Motion For Final Judgment in Garnishment (FTBB, LLC)

Plaintiff FTBB, LLC moves for entry of a Final Judgment in Garnishment as to the remaining USAmeribank Garnished Funds, based on the above Stipulation (Dkt. 538).   However, FTBB, LLC objects to the award of $44,457.80 for attorney's fees and costs sought by USAmeribank in the Amended Motion for Fees and Costs.

Plaintiff FTBB, LLC proposed to USAmeribank that $50,000.00 from the Garnished Funds be retained by counsel for USAmeribank in its trust account for the purpose of payment to USAmeribank of any award of attorney's fees and costs ultimately awarded to USAmeribank, and that the amount of the Garnished Funds held by counsel for USAmeribank for payment of USAmeribank's attorney's fees and costs

3

Case No. 8:09-CV-1841-T-17MAP

shall not be disbursed absent further specific order of the Court.

Garnishee USAmeribank did not agree to Plaintiff FTBB, LLC's proposal, and awaits the entry of a final judgment in garnishment directing disposition of the Garnished Funds.

After consideration, the Court directs that **all objections to Garnishee's request for the award of attorney's fees and costs in the amount of $44,457.80 shall be filed within fourteen days.** The Court **defers ruling** on the Motion for Final Judgment in Garnishment (Dkt. 561) for fourteen days. Accordingly, it is

**ORDERED** that Motion for Claim of Exemption (Dkt. 494) and Motion to Dissolve Re-Served Writ of Garnishment (Dkt. 516) are **denied as moot.** It is further

**ORDERED** that the Clerk of Court **shall reopen** the Parties' Stipulation (Dkt. 538). It is further

**ORDERED** that any response to the award of attorney's fees and costs in the amount of $137,966.66 to Plaintiff **shall be filed** within fourteen days. It is further

**ORDERED** that any response to the Amended Motion (Dkt. 555) for the award of attorney's fees and costs in the amount of $44,457.80 to Garnishee USAmeribank **shall be filed** within fourteen days. The Court **defers ruling** on the Motion for Final Judgment in Garnishment (Dkt. 561) for fourteen days.

Case No. 8:09-CV-1841-T-17MAP

**DONE and ORDERED** in Chambers in Tampa, Florida on this 26th day of May, 2015.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

5