UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FTBB, LLC,

      Plaintiff,

v.                                  CASE NO. 8:09-CV-1841-T-17MAP

LARRY S. HYMAN, etc.,
et al.,

      Defendants.

_____/

LARRY S. HYMAN, as post-
confirmation trustee,

      Garnishee.

_____/

## ORDER

This cause is before the Court on:

Dkt. 560   Stipulated Motion for Final Judgment in Garnishment
Dkt. 519   Motion for Claim of Exemption and Request for Hearing (Seeger)
Dkt. 520   Motion for Claim of Exemption and Request for Hearing (Harris)
Dkt. 563   Order Deferring Ruling
Dkt. 564   Notice of Withdrawal

In the Stipulated Motion for Final Judgment in Garnishment, Plaintiff FTBB, LLC, Defendant Bing Charles W. Kearney, Jr. and Defendant Brian Seeger requested entry of a stipulated Final Judgment in Garnishment in favor of Plaintiff FTBB, LLC as to the funds held by Garnishee Post-Confirmation Trustee Larry S. Hyman in the amount of $72,918.00. The Order of the Bankruptcy Court directed distribution of $72,918.00 to Debtors Bing Charles W. Kearney, Jr. and Brian Seeger.

Case No. 8:09-CV-1841-T-17MAP

Plaintiff FTBB, LLC withdrew the Stipulated Motion (Dkt. 560) on May 26, 2015, stating that the Motion would be refiled in the pending interpleader action, Case No. 15-CA-004075, Division K, in Hillsborough County Circuit Court. An Agreed Order of Interpleader was entered in that case on June 5, 2015. The Hillsborough County Circuit Court will determine the competing claims for the funds. The Court therefore stays the garnishment proceeding as to Garnishee Post-Confirmation Trustee Larry S. Hyman pending a final determination in Case No. 15-CA-004075.

The Court notes that the Bankruptcy Court's Order did not direct distribution of any funds to Defendant Tracy J. Harris, Jr. The Court therefore denies Defendant Harris' Motion for Claim of Exemption and Request for Hearing (Dkt. 520) as moot.

Based on the Stipulated Motion (Dkt. 560), the Court understands that Defendant Brian Seeger has abandoned Defendant's Motion for Claim of Exemption and Request for Hearing (Dkt. 519), and therefore denies Defendant's Motion. Accordingly, it is

**ORDERED** that the Motion for Claim of Exemption and Request for Hearing (Seeger) (Dkt. 519) is **denied**; the Motion for Claim of Exemption and Request for Hearing (Harris)(Dkt. 520) is **denied as moot**, and the garnishment proceeding as to Garnishee Post-Confirmation Trustee Larry S. Hyman is **stayed** pending a final determination in Case No. 15-CA-004075 in Hillsborough County Circuit Court. Garnishor FTBB, LLC shall notify the Court of the entry of a final judgment in that case within fourteen days of entry of final judgment.

Case No. 8:09-CV-1841-T-17MAP

**DONE and ORDERED** in Chambers in Tampa, Florida on this 8th day of June, 2015.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record