UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FTBB, LLC,

    Plaintiff,

v.                                                              CASE NO. 8:09-CV-1841-T-17MAP

LARRY S. HYMAN, etc., et al.,

    Defendants.

_____ /

USAMERIBANK,

    Garnishee.

_____ /

ORDER

This cause is before the Court on:

| | |
|---|---|
| Dkt. 555 | Amended Motion for Attorney Fees and to Recover Costs and Expenses (USAmeribank) |
| Dkt. 561 | Motion for Final Judgment in Garnishment as to USAmeribank Accounts (FTBB, LLC) |
| Dkt. 562 | Order deferring ruling (Dkts. 490, 561) |
| Dkt. 564 | Notice of Withdrawal (Dkts. 560, 561) (FTBB, LLC) |
| Dkt. 567 | Notice of Withdrawal (Dkt. 490) (FTBB, LLC) |
| Dkt. 568 | Stipulation for Agreed Order (USAmeribank) |
| Dkt. 570 | Response to Motion (Dkt. 561) (Travelers) |
| Dkt. 571 | Motion to Stay Garnishment (USAmeribank) |
| Dkt. 573 | Response (FTBB, LLC) |
| Dkt. 574 | Notice (USAmeribank) |

Garnishee USAmeribank moves to stay the Garnishment proceeding pending resolution of Impleader in Related Action or for Leave to Interplead Garnished Funds.

Case No. 8:09-CV-1841-T-17MAP

The Court notes that FTBB, LLC has withdrawn the Motion for Final Judgment in Garnishment (Dkt. 490) filed by Regions Bank, and the Stipulated Motion for Final Judgment in Garnishment as to funds held by Garnishee Larry S. Hyman, as post-confirmation trustee. FTBB, LLC denies that FTBB, LLC has withdrawn the Motion for Final Judgment in Garnishment as to the funds held by USAmeribank (Dkt. 561). However, in filing its Notice of Withdrawal, FTBB, LLC linked the Notice with both documents (Dkts. 560, 561) and therefore both documents were administratively terminated by the Clerk of the Court.

Plaintiff FTBB, LLC, Defendant Bing Charles W. Kearney, Jr. and Garnishee USAmeribank resolved all issues among those parties, and filed a proposed Stipulated Order. Travelers then notified the Court of its competing claim to the same funds.

FTBB, LLC argues that Travelers is not a party to any action pending before this Court, and Travelers' Writ of Garnishment "clearly does not have legal or statutory priority over Regions Bank's Writ of Garnishment." Regions Bank's Writ of Garnishment was returned executed on May 20, 2013 (Dkt. 206) and Travelers issued and served its Writ of Garnishment on September 26, 2014. FTBB, LLC asserts that the only unresolved issue, entitlement to attorney's fees and costs, has been resolved by USAmeribank's waiver, the Court should enter the Agreed Order and FTBB, LLC is entitled to the USAmeribank Garnished Funds. FTBB, LLC denies that there are competing claims, and there is no legal basis for the Court to defer entering the Agreed Order or a Final Judgment in Garnishment as to USAmeribank's Garnished Funds.

USAmeribank has moved for a stay, pending resolution of the competing claims in the related case. The Court notes that, in the related case, an order for proceedings supplementary has been granted; FTBB, LLC has been impleaded as a defendant in the related Case No. 8:09-CV-1850-T-30TBM for the purpose of post-

Case No. 8:09-CV-1841-T-17MAP

judgment supplementary proceedings in aid of execution.

Based on the pending proceedings in Case No. 8:09-CV-1850-T-30TBM, the Court grants the Motion to Stay for sixty days. Plaintiff FTBB, LLC shall file a status report at that time, and a Motion to Reopen if appropriate. Accordingly, it is

**ORDERED** that the Motion to Stay (Dkt. 571) is **granted in part** for sixty days, and the Motion for Impleader is **denied without prejudice.** The Amended Motion for Attorney's Fees (Dkt. 555) is **denied without prejudice** and may be renewed if appropriate when the USAmeribank Garnishment proceeding is reopened. FTBB, LLC **shall resolve** the issue of the status of the Motion for Final Judgment in Garnishment (Dkt. 561) directly with the Clerk of Court. FTBB, LLC **shall file** a status report as to the proceedings supplementary in Case No. 8:09-CV-1850 within sixty days of the date of this Order.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 24th day of June, 2015.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record