UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FTBB, LLC,

      Plaintiff,

v.                                CASE NO. 8:09-CV-1841-T-17MAP

LARRY S. HYMAN, etc., et al.,

      Defendants.

_____/

USAMERIBANK,

      Garnishee.

_____/

ORDER

This cause is before the Court on:

| | |
|---|---|
| Dkt. 561 | Motion for Final Judgment in Garnishment as to USAmeribank Accounts (FTBB, LLC) |
| Dkt. 572 | Order |
| Dkt. 576 | Order |
| Dkt. 585 | Status Report |

This cause is before the Court sua sponte. The Court previously granted a stay of the garnishment proceedings in this case as to Garnishee USAmeribank, pending resolution of proceedings supplementary in Case No. 8:09-CV-1850-T-30TBM. (Dkt. 576). FTBB, LLC was impleaded as a defendant in those proceedings. The proceedings supplementary remain pending. A Report and Recommendation was entered on March 17, 2016 (Dkt. 711).

Case No. 8:09-CV-1841-T-17MAP

After consideration, the Court extends the stay of garnishment proceedings for sixty days as to Garnishee USAmeribank, pending resolution of proceedings supplementary in Case No. 8:09-CV-1850-T-30TBM. FTBB, LLC shall file a status report at that time. The Court defers ruling on the pending Motion for Final Judgment in Garnishment (Dkt. 561).

The Court previously granted a stay of the garnishment proceedings in this case as to the funds held by Garnishee Post-Confirmation Trustee Larry S. Hyman in the amount of $72,918.00, pending a final determination in Case No. 15-CA-004075 in Hillsborough County Circuit Court. (Dkt. 572). The Court notes that Case No. 15-CA-004075 remains pending at this time. Accordingly, it is

**ORDERED** that the stay of garnishment proceedings as to Garnishee USAmeribank is **extended** for sixty days, and FTBB, LLC **shall file** a status report at that time. The Court **defers ruling** on the Motion for Final Judgment in Garnishment (Dkt. 561).

**DONE and ORDERED** in Chambers in Tampa, Florida on this 31st day of March, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record