UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FTBB, LLC,

    Plaintiff,

v.                                  CASE NO. 8:09-CV-1841-T-17MAP

LARRY S. HYMAN, assignee for
G3 Tampa, LLC, a Florida limited
liability company, et al.,

    Defendants.
_____/

## ORDER

This cause is before the Court sua sponte. The Court stayed the garnishment proceeding as to the USAmeribank accounts in this case, pending final disposition of the proceedings supplementary in Case No. 8:09-CV-1850-T-30CPT. The Court has attached the Order entered in Case No. 8:09-CV-1850-T-30CPT (Dkt. 831), the Final Judgment (Dkt. 833), and the mandate of the Eleventh Circuit Court of Appeals (Dkt. 883). The Order and Final Judgment in Case No. 8:09-CV-1850-T-30CPT are a final disposition of the garnishment proceeding as to the USAmeribank accounts in this case. Accordingly, it is

**ORDERED** that the Order (Dkt. 831) and Final Judgment (Dkt. 833) in Case No. 8:09-CV-1850-T-30CPT are **adopted and incorporated.** Intervenor Travelers Casualty and Surety Company of America, as against Plaintiff FTBB, LLC, **is granted** a superior lien

Case No. 8:09-CV-1841-T-17MAP

position to the USAmeribank funds, *nunc pro tunc*, March 10, 2017.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 24th day of April, 2018.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record